CORNELL, Respondent, v. VILLAGE OF SARATOGA SPRINGS, Appellant. (Supreme

Court, Appellate Division, Third Department. November 14, 1900.) Action by Herbert O. Cornell against the village of Saratoga Springs. No opinion. Judgment affirmed, with costs.